EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                      | 2016 TSPR 175   |
|-----------------------------|-----------------|
| Amaryllis Montalvo Acosta   | 196 DPR ____    |

Número del Caso: TS-18,370


Fecha: 3 de agosto de 2016


Abogado del Peticionario:

       Por derecho propio


Materia: Reactivación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Amaryllis Montalvo Acosta

TS-18,370

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de agosto de 2016.

Atendida la *Solicitud de Cambio a Status de Abogada Activa en el Registro Único de Abogados y Abogadas,* se provee ha lugar.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Kolthoff Caraballo no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo